BENJAMIN B. WAGNER
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JANET M. BURNS,<br><br>  Defendant and Judgment Debtor.<br><br>TOURO UNIVERSITY-CALIFORNIA,<br><br>  Garnishee. | No. 2:14-mc-00029-TLN-DAD<br><br>**STIPULATION AND ORDER FOR CONTINUING ORDER OF WAGE GARNISHMENT** |

Following negotiations, the parties hereby stipulate to the resolution of the United States' pending wage garnishment against defendant Janet M. Burns as follows:

1. Defendant is a student loan judgment debtor to the United States. ECF No 1. As of July 10, 2014, the judgment balance was $20,161.48.

2. In an effort to enforce the judgment, the United States sought, and the Clerk issued, a writ of garnishment on July 30, 2014 against Defendant's wages at Touro University-California (Touro). By its writ, the United States seeks recovery of the $20,161.48 judgment balance plus the statutory ten percent (10%) litigation surcharge authorized by 28 U.S.C. § 3011, for a total $22,177.63.

3. Garnishee Touro received the writ on August 4, 2014. ECF No. 8. It filed and served its answer to the writ on August 8, 2014. *Id*. Touro's answer verifies Defendant's employment at the University and states that Defendant has disposable earnings of $3,870.12 per two week pay period. The wages Touro is presently withholding per the writ should exceed $2,500.

4. The United States is entitled to garnish $2,500 from the Defendant's presently withheld wages at Touro and Touro shall pay this amount within 15 days following entry of an order approving this stipulation.

5. Upon the Court's signature of the accompanying order, Touro shall pay to the United States $250 bi-weekly (two week pay period) or $500 per month from Defendant's disposable earnings, depending on Defendant's pay period.

6. Touro shall continue to pay the United States $500 per month until the earlier of: full payment of the $22,177.86 balance plus any applicable interest; or further order of the Court.

7. Defendant shall advise the United States of any changes to her employment at, or compensation from Touro within 15 days of any such change.

8. Defendant will remain in the Treasury Offset Program during this garnishment action, though any offsets the United States Department of Justice realizes will be credited towards the Defendant's debt balance.

FOR THE UNITED STATES OF AMERICA:

BENJAMIN B. WAGNER
United States Attorney

Dated: September 30, 2014        /s/ Kurt A. Didier
                                 KURT A. DIDIER
                                 Assistant United States Attorney

FOR JANET M. BURNS:

Dated: September 30, 2014        /s/ Janet M. Burns
                                 JANET M. BURNS, Pro Per

2

Stipulation and Continuing
Order of Garnishment

# **ORDER**

The Court, having reviewed the files and the parties' Stipulation for Continuing of Wage Garnishment (the Stipulation) and finding good cause therefor, hereby APPROVES the Stipulation. ACCORDINGLY, the Court hereby ORDERS, ADJUDGES and DECREES as follows:

1. The United States' application for a continuing order of garnishment in the amount of $22,177.63 plus applicable interest is GRANTED.

2. Within fifteen days of this order, Touro University-California (Touro) shall DELIVER to the United States $2,500 in funds Touro previously withheld from Defendant's wages pursuant to the writ of garnishment issued on July 30, 2014.

3. Touro shall PAY the funds via cashier's check, money order or company draft in the sum of $2,500 made payable to the "US Department of Justice" at the United States Attorney's Office, 501 I Street, Suite 10-100, Sacramento, California 95814, Attention: Financial Litigation Unit. Touro shall also state the docket number (Case No.: 2:14 MC-0029-TLN-DAD) on the payment instrument and, if it desires a payment receipt, shall include a self-addressed, stamped envelope with the payment.

4. Along with the payment, Touro shall PROVIDE the United States a written accounting of the amounts previously withheld from Defendant's compensation.

5. Touro will CONTINUE to pay the United States $250 every two weeks or $500 monthly, depending on the length of Defendant's pay period, until the earlier of the amount stated in paragraph 1, above is paid in full, further order of this Court, or Touro no longer having custody, possession or control of Defendant's property. Along with its payments, Touro shall provide the United States a written accounting of the amounts withheld from Defendant's compensation.

6. If the amount or form of Defendant's compensation from Touro changes while this Order is in effect, or Touro no longer has custody, possession or control of Defendant's property, it will promptly NOTIFY the United States of same in writing within thirty (30) days of any change in Defendant's compensation or work status.

**IT IS SO ORDERED.**

Dated:  October 2, 2014

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\USvburns.14mc0029.stip.garn.ord.docx